United States District Court
Northern District of California

FILED E-filing

CRIMINAL COVER SHEET JAN 0 6 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EJD

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case.

SEALED BY COURT ORDER

**Case Name:**
USA v. VIVIAN CHIKE OBICHERE

**Case Number:**
CR 15 009 HRL

**Total Number of Defendants:**
1 ☑   2-7 ☐   8 or more ☐

**Is This Case Under Seal?**
Yes ☑   No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐   No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☐   OAK ☐   SJ ☑   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐   No ☑

**Assigned AUSA (Lead Attorney):**
Rita F. Lin

**Is this a RICO Act gang case?**
Yes ☐   No ☑

**Date Submitted:**
1/6/2015

**Comments:**

Save   Print   Clear Form

July 2013