1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  RITA F. LIN (CABN 236220)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6511
7       Fax: (415) 436-7027
        Email: rita.lin@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**
JAN 06 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EJD

HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 15 009 |
| Plaintiff, | |
| v. | **MOTION TO SEAL AND [PROPOSED] SEALING ORDER** |
| VIVIAN CHIKE OBICHERE, | **[UNDER SEAL]** |
| Defendant. | |

SEALED BY COURT ORDER

MOTION TO SEAL AND [PROPOSED] ORDER

1 | The United States hereby moves the Court for an order sealing this Motion, the Indictment, the
2 | Arrest Warrant, the Sealing Order, and all other related documents in the above-captioned case until
3 | further order of the Court. The reason for this request is that disclosure of the existence of the
4 | Indictment and Arrest Warrant could compromise the safety of law enforcement agents in the execution
5 | of the Arrest Warrant. In addition, the requested sealing is reasonably necessary to protect against the
6 | potential destruction of evidence and to prevent the possible flight of the defendant.

7 | The United States also requests that, notwithstanding any sealing order, the Clerk of Court be
8 | required to give copies of the sealed documents to employees of the United States Attorney's Office,
9 | and that they be permitted to provide working copies to Special Agents and other investigative officers
10 | of the United States Department of Homeland Security, federally deputized state and local law
11 | enforcement officers, other government and contract personnel acting under the supervision of such
12 | investigative or law enforcement officers, and telecommunications companies as necessary to effectuate
13 | the Court's Order.

DATED: January 6, 2015

Respectfully Submitted,

MELINDA HAAG
United States Attorney

RITA F. LIN
Assistant United States Attorney

MOTION TO SEAL AND [PROPOSED] ORDER

# [PROPOSED] SEALING ORDER

Based upon the motion of the United States and for good cause shown regarding the need to ensure the safety of law enforcement agents in the execution of the warrant, to protect against the potential destruction of evidence, and to prevent the possible flight of the defendant, the Motion, the Indictment, the Arrest Warrant, the Sealing Order, and all other related documents shall be sealed until further order of the Court. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to provide working copies to Special Agents and other investigative officers of the United States Department of Homeland Security, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

DATED: 1-6-15

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MOTION TO SEAL AND [PROPOSED] ORDER